478 A.2d 896

Kocubinski, Appellant, v. Trustees of the U. of P.

Reargument Denied July 31, 1984.

Petition for Allowance of Appeal
Denied Nov. 13, 1984.

Argued November 23, 1983. David H. Marion, for appellant; Jan E. Dubois, for appellee.

Before MONTEMURO, WATKINS and CERCONE, JJ.

Judgment affirmed.